UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY JEROME JACKSON BAILEY,<br><br>            Plaintiff,<br><br>   v.<br><br>CALIFORNIA ARMY NATIONAL GUARD,<br><br>            Defendant. | No. 2:17-cv-1707 MCE CKD P<br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action. By order filed January 4, 2018, plaintiff's complaint was dismissed and he was given thirty days to file an amended complaint. (ECF No. 9.) The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have fourteen days from service of this order to file an amended complaint. Failure to file an amended complaint will result in a recommendation that this case be dismissed without prejudice for failure to prosecute.

Dated: February 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:bail1707.fta

1